**No. 54882.**—Carson Pirie Scott & Co. et al. *v.* United States, protests 542238–G, etc. (New York).

Opinion by RAO, J. The protests were dismissed.

**No. 54883.**—American Ladder Co. et al. *v.* United States, protests 72250–K, etc. (New York).

Opinion by RAO, J. The protests were dismissed.

**No. 54884.**—Kaufman & Vinson Co. et al. *v.* United States, protests 160157–K (A), etc. (New York).

Opinion by RAO, J. The protests were dismissed.